**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RAYMOND J. HANLON,**<br><br>**Defendant.** | **2:26-po-05011-KLD**<br><br>**ORDER**<br><br>**Violation No.: F0UP0001**<br>**Location Code: M4B** |

Before the Court is the motion of the United States to set collateral and vacate the initial appearance in this matter. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $155.00 for Violation No. F0UP0001 within thirty (30) days of entry of this order.

IT IS FURTHER ORDERED that all hearings in matter be vacated.

Payments may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

DATED this 16th day of October, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge